**Order entered July 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00414-CR
No. 05-19-00415-CR
No. 05-19-00416-CR

**KYLE DAMOND JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-22371-H, F18-53537-H & F18-53538-H**

## ORDER

Before the Court is appellant's July 11, 2019 motion to complete the record and reset the briefing timetable. Appellant's motion is **GRANTED**.

We **ORDER** court reporter Laura Rodriguez to file, by **July 31, 2019**, a supplemental reporter's record of the October 30, 2018 competency hearing. We **EXTEND** the time to file appellant's brief until **THIRTY DAYS** from the date of this order.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to court reporter Laura Rodriguez and to counsel for the parties.

/s/     LANA MYERS
           JUSTICE